IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HARTFORD INSURANCE CO. OF THE MIDWEST,<br>    Plaintiff,<br><br>v.<br><br>DENISE FOWLER<br>*AS ADMINISTRATRIX OF THE ESTATE OF OMAR D. MADISON, DECEASED*,<br>    Defendant. | CIVIL ACTION NO. 11-1860 |

## O R D E R

**AND NOW,** this 3rd day of January 2013, upon consideration of Defendant's Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b), and the response and reply thereto, it is hereby **ORDERED** that the Motion is **DENIED**. The Clerk is directed to maintain this case as **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**